UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIUENDSHIP EDISON : | |
| PUBLIC CHARTER SCHOOL : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No.  06-1284 (PLF) |
| : | |
| NINA SUGGS, *et al.,* : | |
| : | |
| Defendants : | |

### CONSENT MOTION OF DEFENDANTS FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendants move for an extension of time, up to and including January 6, 2006, within which to respond to plaintiff's complaint.  The grounds for this motion essentially are that undersigned counsel has recently been assigned the instant case and does not yet have sufficient information for the District of Columbia Public Schools to locate all information necessary to respond to the complaint, as more fully explained in the attached memorandum of points and authorities.

### LOCAL RULE 7.1(m) STATEMENT

On November 22, 2006, undersigned counsel spoke with plaintiffs counsel, who agreed to an extension of time for defendants as needed in this matter.

                                              Respectfully submitted,

                                              EUGENE A. ADAMS
                                              Interim Attorney General
                                              for the District of Columbia

                                              GEORGE  C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

    EDWARD P. TAPTICH [#012914 ]
    Chief, Equity Section II

    _____

    CARY D. POLLAK [#055400]
    Senior Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6604
    (202) 727-0431 (fax)
    cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIUENDSHIP EDISON | : | |
| PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.  06-1284 (PLF) |
| NINA SUGGS, *et al.,* | : | |
| Defendants | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

The plaintiff charter school brings this action claiming that it was improperly obligated to take action by a determination of a hearing officer below.  The undersigned Senior Assistant Attorney General recently was assigned this case, and has asked the District of Columbia Public Schools (DCPS) to provide documents related to the administrative proceedings.  Such documents will be required in order to assist counsel in answering the complaint.  Unfortunately, due to privacy and perhaps other concerns, the complaint contains scant information concerning the identity of the student or of the DCPS school (if any) involved, and no part of the administrative record has yet been filed with the Court.  DCPS has advised the undersigned that more information will be needed in order to identify the administrative proceedings at issue.  Plaintiff's counsel has been cooperative in providing necessary information, and is gathering more essential information as of the time of this filing.

In the Superior Court of the District of Columbia, the District and its employees are allowed 60 days to answer a complaint.  Super.Ct.Civ.R. 12(a)(3).  The same time is allowed the United States in both Superior Court and United States District Courts.  Id.; Fed.R.Civ.P.

12(a)(3). This timing is more appropriate for both governmental entities, given the time necessary to investigate the allegations of a complaint against a governmental agency.

    It appears from the record that a response to the instant complaint may be due on November 27, 2006. The instant request is for an extension until January 6, 2007. This is longer than may be necessary, but is being requested in light of delays that may occur due to the upcoming holiday season. Under the circumstances described herein, it is requested that the instant consent motion to extend time, be granted.

                                   Respectfully submitted,

                                   EUGENE A. ADAMS
                                   Interim Attorney General
                                   for the District of Columbia

                                   GEORGE C. VALENTINE
                                   Deputy Attorney General
                                   Civil Litigation Division

                                   _____
                                   EDWARD P. TAPTICH [#012914 ]
                                   Chief, Equity Section II

                                   _____
                                   CARY D. POLLAK [#055400]
                                   Senior Assistant Attorney General
                                   441 Fourth Street, N.W.
                                   Sixth Floor South
                                   Washington, D.C. 20001
                                   (202) 724-6604
                                   (202) 727-0431 (fax)
                                   cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIUENDSHIP EDISON | : | |
| PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.  06-1284 (PLF) |
| NINA SUGGS, *et al.,* | : | |
| Defendants | : | |

## ORDER

Upon consideration of defendants' consent motion for additional time within which to answer the complaint, it is by the Court, this      day of                  , 2006,

ORDERED: that defendants' motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendants may respond to the complaint, is extended to and including January 6, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

3