IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,** )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**NINA SUGGS,** *et al*.   )<br>)<br>Defendant.   )<br>) | Case No. 06-CV-1284 (PLF) |

### NOTICE

The contact information for counsel for Defendant Nina Suggs and Defendant A.S. has changed. The new information is as follows:

Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

                                          Respectfully submitted,

                                          /s/_____
                                          Douglas Tyrka, #467500
                                          Tyrka & Associates, LLC
                                          1726 Connecticut Ave. NW, Suite 400
                                          Washington, DC  20009
                                          (ph) (202) 265-4260
                                          (f) (202) 265-4264