UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
FRIENDSHIP EDISON PUBLIC CHARTER     )
SCHOOL CHAMBERLAIN CAMPUS,           )
                                                                    )
       Plaintiff,                                              )
                                                                    )
   v.                                                           )   Civil Action No. 06-1284 (PLF)
                                                                    )
NINA SUGGS,                                                )
as next friend of the minor child A.S., et al.,   )
                                                                    )
       Defendant.                                          )
_____)


ORDER

       Plaintiff filed a complaint appealing a hearing officer's determination pursuant to the Individuals with Disabilities in Education Improvement Act, 20 U.S.C. § 1400, *et seq*. The matter is now before the Court on defendant's answer. In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. It is the Court's experience that these cases invariably are decided by dispositive motion.

       Accordingly, it is hereby

       ORDERED that the parties shall meet and confer and submit a joint report on or before May 31, 2007 setting forth a schedule in which to file the administrative record and a briefing schedule for dispositive motions.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 7, 2007