UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,<br>      Plaintiff,<br><br>v.<br><br>NINA SUGGS, *et al*.<br>      Defendants. | )<br>)<br>)<br>)<br>)   Case No. 06-CV-1284 (AK)<br>)<br>)<br>)<br>) |

**THE PARTIES' JOINT MEET AND CONFER STATEMENT**

By order of May 7, 2007, the Court ordered "that the parties shall meet and confer and submit a joint report on or before May 31, 2007 setting forth a schedule in which to file the administrative record and a briefing schedule for dispositive motions." This filing is in response to that Order.

**Joint Statement of the Case and its Bases**

The Plaintiff, a charter school, brought this case under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.*, to challenge an administrative decision in favor of Defendant Nina Suggs and adverse to the Plaintiff. Defendant the District of Columbia was not impacted by the administrative decision.

**Statement in accordance with Local Civil Rule 16.3, including proposed schedule.**

1. The parties expect the case to be resolved by dispositive motions.

2. The parties do not anticipate that other parties will be joined, but suggest June 30 as the date by which any issues can be agreed upon or narrowed.

3. By order of May 7, 2007, this Court "referr[ed this] case to a magistrate judge for a report and recommendation regarding the disposition of dispositive motions to be filed by the parties according to a joint proposed schedule that they will submit to the court on or before May 31, 2007."

4. The parties do not believe that settlement is likely.

5. The parties do not think that this case would benefit from ADR.

6. The parties propose the following schedule:

   · July 15, 2007 – Plaintiff files the administrative record and Plaintiff's Motion(s) for Summary Judgment;

   · August 30, 2007 – Defendants' Oppositions and Cross-Motion(s) for Summary Judgment due;

   · September 20, 2007 – Plaintiff's Oppositions and Replies due;

   · October 10, 2007 – Defendants' Replies due.

7. The parties agree to stipulate to dispense with the requirements of Rule 26(a)(1).

8. The parties do not currently believe that discovery will be necessary.

9. The parties do not believe that expert witnesses will be required.

10. This is not a class action, so Local civil rule 16.3(c)(10) does not apply.

11. The parties do not recommend bifurcation.

12. Since it is anticipated that this matter will be resolved by dispositive motions, the parties do not believe that a pretrial conference will be needed.

13. Since it is anticipated that this matter will be resolved by dispositive motions, the parties do not believe that a trial date will be needed.

14. As an alternative to items 12 and 13, the parties propose that all other scheduling be decided, if necessary, following the resolution of the dispositive motions.

Respectfully submitted,

_____/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(202) 265-4260
(202) 265-4264 (fax)

_____/s/_____
Paul S. Dalton, #439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300
(703) 739-2323 (fax)


LINDA SINGER
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

EDWARD P. TAPTICH [#012914]
Chief,  Equity Section II

_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
email: cary.pollak@dc.gov