UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NINA SUGGS, et al.** )<br>Defendants. ) | Case No. 06-CV-1284 (AK) |

**ORDER**

Upon consideration of the Parties' Joint Meet and Confer Statement, it is hereby:

**ORDERED**, that:

1. The administrative record shall be filed no later than July 15, 2007.

2. Plaintiff's motion for summary judgment shall be filed no later than July 15, 2007; Defendants' Oppositions and Cross-Motion(s) for Summary Judgment shall be filed no later than August 30, 2007; Plaintiff's Oppositions and Replies shall be filed no later than September 20, 2007; and Defendants' Replies shall be filed no later than October 10, 2007.

3. The parties are exempt from the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED**

_____                    _____
Date                                                          Alan Kay
                                                                   United States Magistrate Judge