UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NINA SUGGS,** *et al*. )<br>Defendants. )<br>) | Case No. 06-CV-1284 (AK) |

**MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE**

COMES NOW, the Plaintiff, by and through counsel, and hereby requests that this honorable Court extend the briefing schedule. The reasons for such extension are as follows:

In the instant case, the parties files a Joint Rule 16.3 Report on May 30, 2007 proposing the following schedule for summary judgment motions:

- July 15, 2007 – Plaintiff files the administrative record and Plaintiff's Motion(s) for Summary Judgment;

- August 30, 2007 – Defendants' Oppositions and Cross-Motion(s) for Summary Judgment due;

- September 20, 2007 – Plaintiff's Oppositions and Replies due;

- October 10, 2007 – Defendants' Replies due.

While this Court has not yet issued an Order adopting the proposed briefing schedule, the parties were intending to follow the proposed schedule. The Plaintiff, however, has not been successful in obtaining the administrative record from the District of Columbia Public Schools ("DCPS") Student Hearing Office ("SHO"). The Plaintiff has sent two written requests to the SHO to obtain the administrative record. Upon contacting the SHO to check on the status of the

request, counsel for the Plaintiff was informed that the request was submitted and pending. No further information was available regarding the status of the administrative record or when it would be available. Thus, the Plaintiff is requesting an extension of the briefing schedule and proposes the following dates for summary judgment motions:

- September 17, 2007 – Plaintiff files the administrative record and Plaintiff's Motion(s) for Summary Judgment;

- November 1, 2007– Defendants' Oppositions and Cross-Motion(s) for Summary Judgment due;

- December 3, 2007 – Plaintiff's Oppositions and Replies due;

- December 24, 2007– Defendants' Replies due.

Pursuant to Local Rule 7(m), counsel for the Plaintiff contacted counsel for the Defendant District of Columbia, Mr. Cary Pollack. The Defendant District of Columbia does not oppose the instant Motion to extend the briefing schedule and consents to the new proposed schedule. Mr. Pollack also indicated that he would submit a request for the administrative record in an effort to expedite the process. Counsel for the Plaintiff contacted counsel for the Defendant Nina Suggs, Mr. Douglas Tyrka. The Defendant Suggs does not oppose the instant Motion in principle, however does not agree with the new proposed schedule.

For the reasons stated above, the Plaintiff respectfully requests that this honorable Court grant its Motion for Extension of the Briefing Schedule. The Plaintiff requests that this Court adopt the new proposed briefing schedule outlined above. If the Plaintiff has not received the administrative record from the SHO by September 7, 2007, the Plaintiff will notify this Court and seek guidance on how to proceed.

Respectfully Submitted,

/s/
Paul S. Dalton [439118]
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
Counsel for Plaintiff

.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 11th day of July, 2007.

/s/
Paul S. Dalton, Esq.
Counsel for Plaintiff