UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,** **Plaintiff,** v. **NINA SUGGS, et al.** **Defendants.** | ) ) ) ) ) Case No. 06-CV-1284 (AK) ) ) ) ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Extension of the Briefing Schedule, it is hereby:

**ORDERED**, that:

1. The administrative record shall be filed no later than September 17, 2007

2. Plaintiff's motion for summary judgment shall be filed no later than September 17, 2007; Defendants' Oppositions and Cross-Motion(s) for Summary Judgment shall be filed no later than November 1, 2007; Plaintiff's Oppositions and Replies shall be filed no later than December 3, 2007; and Defendants' Replies shall be filed no later than December 24, 2007.

3. The parties will notify this Court no later than September 7, 2007 if the administrative record has not been made available for filing.

**SO ORDERED**

_____          _____
Date                                              Alan Kay
                                                      United States Magistrate Judge