UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,** )<br>          **Plaintiff,** )<br>                                )<br>v.                              )<br>                                )<br>**NINA SUGGS,** *et al.*         )<br>          **Defendants.**        )<br>_____ ) | CIVIL ACTION NO. 06-1284 (AK) |

### ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment, and any opposition thereto, it is hereby

ORDERED: that Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: the April 28, 2006 Hearing Officer's Determination is reversed.

_____                          _____
Date                                    Alan Kay
                                        United States Magistrate Judge