UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,**<br>　　　　　　　**Plaintiff,**<br><br>v.<br><br>**NINA SUGGS,** *et al.*<br>　　　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 06-1284 (AK)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Defendant hereby submits the administrative record in the above captioned matter. A courtesy copy will be sent to the Chambers of Magistrate Judge Alan Kay and will be mailed to Defendants' counsel. Also included in this filing is a transcript of the due process hearing.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Paul S. Dalton, Esq
　　　　　　　　　　　　　　　　　D.C. Bar No. 439118
　　　　　　　　　　　　　　　　　Dalton & Dalton, P.C.
　　　　　　　　　　　　　　　　　1008 Pendleton Street
　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　(703) 739-4300 (ph)
　　　　　　　　　　　　　　　　　(703) 739-2323 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document with attachments was electronically filed on this 13th day of September 2007.

I further certify that on this 13th day of September 2007, a copy of the foregoing Notice of Filing with attachments was mailed first class postage paid to:

**Douglas Tyrka, Esq.**
TYRKA & ASSOCIATES, LLC
1726 Connecticut Avenue, NW
Suite 400
Washington, DC 20009

**Cary D. Pollak, Esq.**
OFFICE OF CORPORATION COUNSEL
DISTRICT OF COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001

                              /s/
                         Paul S. Dalton, Esq.
                         Counsel for Plaintiff