THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,<br>　　　　　　Plaintiff,<br><br>v.<br><br>NINA SUGGS, et al.<br>　　　　　　Defendants. | )<br>)<br>)<br>)  Case No. 06-CV-1284<br>)  PLF<br>)  AK<br>)<br>) |

### RECOMMENDATION

In consideration of the Plaintiff's Motion for Summary Judgment, it is hereby recommended that the Plaintiff's Motion be denied.

　

_____
Alan Kay
United States Magistrate Judge

1