**DUE PROCESS COMPLAINT NOTICE**
In re A▒▒▒ S▒▒▒
**May 31, 2006**

| | |
|---|---|
| **Petitioner:** | Nina Suggs |
| **Student:** | A▒▒▒ S▒▒▒ |
| **DOB:** | ▒▒/97 |
| **Current School**: | High Road Primary School |
| **Residence:** | 2004 Maryland Avenue, N.E., #4 |
| | Washington, DC 20002 |

**Petitioner's Contact Information for Special Education Purposes**:
Tyrka & Houck, LLP
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

**Violations:**

1. Failure to comply with an April 28, 2006 Hearing Officer's Determination ("HOD").

**Facts:**

1. An April 28, 2006 HOD ordered Friendship Edison Public Charter School ("FEPCS") to:
   a) convene an MDT meeting within thirty (30) calendar days to discuss and determine the form, amount, and delivery of compensatory education owed to A▒▒▒e;
   b) schedule all meetings through counsel.
2. Since the issuance of the April 28, 2006 HOD, FEPCS has not:
   a) convened an MDT meeting or
   b) scheduled an MDT meeting through counsel.

**Proposed resolution:**

1. FEPCS to immediately comply with all of the terms and conditions of the April 28, 2006 HOD.
2. FEPCS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

**Resolution Meeting:**

1. The Petitioner contends that a representative of the LEA with authority to immediately comply with the terms and conditions of the April 28, 2006 HOD is a necessary attendee at any resolution meeting.
2. If this individual is not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.

**Exhibit 1**

3. The Petitioner contends that any meeting not attended by the identified individual is not a valid resolution session, but rather an informal settlement discussion.
4. The Petitioner will be accompanied by his or her attorney at any resolution session convened subsequent to the filing of this complaint and will record any resolution session by analog or digital means.
5. Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.

Respectfully Submitted,

Douglas Tyrka
Tyrka & Houck, LLP
Attorneys for the Petitioner
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20008
(ph) (202) 265-4260
(f) (202) 265-4264

**Exhibit 1**