DUE PROCESS COMPLAINT NOTICE
<u>In re A▒▒▒ S▒▒▒</u>
May 4, 2007

**Petitioner:** Nina Suggs
**Student:** A▒▒▒ S▒▒▒
**DOB:** ▒▒/97
**Current School:** High Road Primary School ("HRPS")
**Residence:** 2004 Maryland Ave., NE #104
Washington, DC 20002

**Petitioner's Contact Information for Special Education Purposes:**
Tyrka & Associates, LLC
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

**Hearing Time Requested: 2 Hours**

**Violations:**

1. Failure to comply with the terms and conditions of an April 12, 2007 HOD.

**Facts:**

1. An April 12, 2007 HOD ordered:
   a) Friendship Edison Public Charter School ("FEPCS") to provide 125 hours of one-to-one tutoring in both reading and math for a total of 250 hours,
   b) FECPS to convene a meeting with the Petitioner and her counsel within 10 school days of the April 12, 2007 HOD to determine the detail of when and how the tutoring will be provided, and
   c) FEPCS to schedule the meeting through the Petitioner's counsel.
2. FEPCS did not convene a meeting on or before April 27, 2006, the prescribed 10 school-day deadline.
3. To date FEPCS has not convened a meeting to determine the detail of when and how A▒▒▒'s tutoring will be provided.

**Proposed resolution:**

1. FEPCS immediately to fund:
   a) 125 hours of independent one-to-one tutoring in reading for A▒▒▒, and
   b) 125 hours of independent one-to-one tutoring in math for A▒▒▒
2. FEPCS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

Exhibit 4

**Resolution Meeting:**

1. The Petitioner contends that a representative of the LEA with authority:
    a. to fund 125 hours of independent tutoring in the area of reading, and 125 hours of independent tutoring in math, and
    b. to negotiate attorney's fees for work performed prior to the resolution meeting
   is a necessary attendee at any resolution meeting.
2. If this individual is not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.
3. The Petitioner contends that any meeting not attended by the identified individual is not a valid resolution session, but rather an informal settlement discussion.
4. The Petitioner will be accompanied by his or her attorney at any resolution session convened subsequent to the filing of this complaint and will record any resolution session by analog or digital means.
5. Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.

Respectfully submitted,

Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave NW, Suite 400
Washington, DC 20009
(ph) (202) 265-4260
(f) (202) 265-4264

**Exhibit 4**

```
          TRANSMISSION VERIFICATION REPORT

                                    TIME   : 05/04/2007 14:00
                                    NAME   : TYRKA & ASSOCIATES
                                    FAX    : 2022654264
                                    TEL    : 2022654260
                                    SER.#  : 000A6J693992


  DATE,TIME              05/04  13:59
  FAX NO./NAME           7037392323
  DURATION               00:00:48
  PAGE(S)                03
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264

*Recipient:*      Paul Dalton

*Fax Number:*     ~~202-739-1555~~  703-739-2323

*From:*           Douglas Tyrka

*Regarding:*      A███ S███

*# of pages:*     3

*Notes:*          Complaint against FEPCS, not DCPS

**Exhibit 4**

**Exhibit 4**

```
        TRANSMISSION VERIFICATION REPORT

                                        TIME  : 05/04/2007 12:32
                                        NAME  : TYRKA & ASSOCIATES
                                        FAX   : 2022654264
                                        TEL   : 2022654260
                                        SER.# : 000A6J693992


DATE,TIME              05/04  12:31
FAX NO./NAME           2024425098
DURATION               00:00:47
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# TYRKA & ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264

| | |
|---|---|
| *Recipient:* | SHO & OGC |
| *Fax Number:* | |
| *From:* | Douglas Tyrka |
| *Regarding:* | A▇ S▇ |
| *# of pages:* | 3 |
| *Notes:* | This complaint is against Friendship Edison Public Charter School, not DCPS. |

**Exhibit 4**