THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,**<br>　　　　　　**Plaintiff,**<br>v.<br>**NINA SUGGS, et al.**<br>　　　　　　**Defendants.** | )<br>)<br>)<br>)  **Case No. 06-CV-1284**<br>)  **PLF**<br>)  **AK**<br>)<br>)<br>) |

## **RECOMMENDATION**

In consideration of Defendant Ms. Suggs' Motion for Summary Judgment and any opposition thereto, it is hereby recommended that Ms. Suggs' Motion be granted, and that this case be dismissed.

_____
Alan Kay
United States Magistrate Judge

1