THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,**<br>      **Plaintiff,**<br>v.<br>**NINA SUGGS, et al.**<br>      **Defendants.** | )<br>)<br>)<br>)<br>) **Case No. 06-CV-1284**<br>) **PLF**<br>) **AK**<br>)<br>)<br>) |

## NOTICE OF FILING OF EXHIBITS

  Ms. Suggs, through undersigned counsel, respectfully submits the attached documents as exhibits to her memorandum in opposition to the Plaintiff's motion for summary judgment, submitted November 1, 2007.

                   Respectfully submitted,

                   /s/Douglas Tyrka
                   Douglas Tyrka, #467500
                   Tyrka & Associates, LLC
                   1726 Connecticut Ave. NW, Suite 400
                   Washington, DC  20009
                   (ph) (202) 265-4260
                   (f) (202) 265-4264
                   tyrka@tyrkalaw.com