**ATTACHMENT TO HEARING REQUEST**
March 8, 2005

Student:    A▆▆▆S▆▆▆
DOB:      ▆▆▆, 1997
IEP:       **August 25, 2004**

**Nature of the problem and issues to be addressed at the hearing:**
1.   Failure to comply with a January 7, 2005 HOD.

**Relevant facts relating to the problem:** On January 7, 2005, a hearing officer determined that Friendship Edison Public Charter School (FEPCS) owed A▆▆▆ compensatory education for its failure to provide speech/language services and specialized instruction during a certain time period. The hearing officer ordered DCPS to convene a compensatory education meeting, to include FEPCS, within 60 days to decide the form and duration of the compensation and develop a plan. DCPS did not comply with the HOD.

**Background information:**

School Years 1999/00 – 2001/02

A▆▆▆ transitioned from the early intervention to DCPS. A December 2000 DCPS IEP recommends speech/language and occupational therapy as related services. DCPS did not offer the parents a special education placement and did not implement the IEP.

School Year 2002/03

A July 2002 speech/language report revealed fluency and articulation speech problems and expressive language delays. The evaluator recommended therapy once a week for 45 minutes.

A May 27, 2003 psychoeducational report revealed that his then-current teacher corroborated the findings of the speech/language evaluator. The report further revealed that A▆▆▆ has solidly average intelligence overall, but with significant weaknesses in visual perception and visual/short term memory, and visual imaging and a significant difference between his listening comprehension and his ability to express thoughts in words. The reporter concluded that A▆▆▆'s deficits "might underlie his problems in learning pre-reading skills, such as the sound/symbol relationships. The report provides no achievement scores. She determined that A▆▆▆ has a "learning weakness" and recommended a tutor. She did not recommend special education.

A▆▆▆'s June 2003 report card states, "A▆▆▆ has had such a difficult time this school year, both behavioral and academically. He still needs improvement in reading, writing, and mathematical concepts. I am hoping that next school year A▆▆▆ will show much improvement with his behavior. Continue to work with him over the summer. A▆▆▆ has not successfully met the Kindergarten requirements for promotion this 2002-2003 school year and is being retained."

FEPCS did not provide related services to A▆▆▆ on any consistent basis during school year 2002/03 and the therapy that was provided was not meaningful. The parents complained on a regular basis, but to no avail.

School Year 2003/04

Notes from a June 30, 2003 MDT/IEP meeting reflect that A▆▆▆ cannot correctly write the alphabet letters or connect letters to letter sounds. The psychologist who tested him in May 2003

**Exhibit 1**

provided achievement scores at the meeting. According to her testing, A███ tests solidly average in all areas and significantly higher in reading than his ability level would indicate. The parents continually asked for suggestions as to how to help A███ and were told to purchase a certain item from Toys R Us. Although the prior notice states, "The general education setting at this time is not meeting his needs," Friendship Edison did not recommend special education, only speech/language therapy. "A███ will attend summer school for remediation. He will repeat the kindergarten." A███ attended summer school and did not repeat kindergarten.

Notes from an August 25, 2004 MDT/IEP meeting reflect that FEPCS revised the IEP to include two hours of specialized instruction and 30 minutes of counseling per week. The IEP is incomplete and the goals/objectives that were developed are not adequate.

Antoine's December 2003 report card indicates that he is not meeting class objectives and in danger of failing. A February 4, 2004 behavioral questionnaire filled out by A███'s teacher rates A███'s problems as "very serious," stating that A███ does not complete activities independently, does not perform on grade level, and requires assistance throughout the day for each subject area.

A███'s parents and grandparents reported that they were called to the school at least two to three times a week to deal with A███'s behavior and inability to maintain himself in the classroom. He was constantly suspended from the classroom, spending time in the halls or other inappropriate places when he should be in class. According to the school, A███ was not actually suspended, thus depriving the parents of the due process rights to which they were entitled. A███'s parents confirmed teacher reports that A███ made no progress during his two years at FEPCS.

**Proposed resolution:**
1. DCPS comply with the January 7, 2005 HOD.

**Exhibit 1**