UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIUENDSHIP EDISON | : | |
| PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.  06-1284 (PLF) |
| | : | |
| NINA SUGGS, *et al.,* | : | (AK) |
| | : | |
| Defendants | : | |

CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL
TIME WITHIN WHICH TO FILE DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including November 20, 2007, within which to file its dispositive motion and opposition to plaintiff's motion for summary judgment herein.  The grounds for this motion are that this defendant and defendant Suggs essentially are in agreement on the positions to be taken regarding the issues relevant to defendant District of Columbia in this matter, and this defendant needs time to review and respond to the filing of defendant Suggs, which is being made on the date of this filing.  A memorandum of points and authorities and proposed order are attached.

LOCAL RULE 7.1(m) STATEMENT

On November 29, 2007, undersigned counsel spoke with counsel for plaintiff and for defendant Suggs, who agreed to an extension of time for defendants as needed in this matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Ellen_A. Efros_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I

  /s/ Cary D. Pollak_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIUENDSHIP EDISON | : | |
| PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.  06-1284 (PLF) |
| | : | |
| NINA SUGGS, *et al.,* | : | (AK) |
| | : | |
| Defendants | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL
TIME WITHIN WHICH TO FILE DISPOSITIVE MOTION
<u>AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

The plaintiff charter school brings this action claiming that it was improperly obligated to take action regarding the minor child herein by a determination of a hearing officer below. Among the alleged grounds for that claim are that previous hearing officer determinations obligating the District of Columbia to take action give rise to defenses of claim preclusion and issue preclusion by plaintiff.  Defendants' dispositive motions and oppositions to plaintiff's motion for summary judgment are due on November 1, 2007.

The undersigned and counsel for defendant Suggs have spoken extensively about this matter, and appear to be in agreement about the positions to be taken on the arguments in plaintiff's motion regarding defendant District of Columbia.  There is a substantial possibility that this defendant will be agreeing with, or perhaps adopting the arguments and reasoning in the opposition and summary judgment motion of defendant Suggs.  This defendant was unable to view a draft of defendant Suggs' papers prior to their filing, however.  The undersigned is hopeful that he and others who need to review it will have done so, and that defendant District of Columbia will be able to file sooner than the requested date of November 20.  That is not certain,

however. Under the circumstances described herein, it is requested that the instant consent motion to extend time, be granted.

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              _____/s/ Ellen_A. Efros_____
                                              ELLEN A. EFROS [#250746]
                                              Chief, Equity Section I

                                              _____/s/ Cary D. Pollak_____
                                              CARY D. POLLAK [#055400]
                                              Senior Assistant Attorney General
                                              441 Fourth Street, N.W.
                                              Sixth Floor South
                                              Washington, D.C. 20001
                                              (202) 724-6604
                                              (202) 727-0431 (fax)
                                              cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIUENDSHIP EDISON | : | |
| PUBLIC CHARTER SCHOOL | : | |
|    Plaintiff | : | |
|      v. | : | Civil Action No.  06-1284 (PLF) |
| NINA SUGGS, *et al.,* | : | (AK) |
|    Defendants | : | |

## ORDER

Upon consideration of defendant District of Columbia's consent motion for additional time within which to file its dispositive motion and opposition to plaintiff's motion for summary judgment , it is by the Court, this      day of                  , 2007,

ORDERED: that defendant's motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendant District of Columbia may file its dispositive motion and opposition to plaintiff's motion for summary judgment be, and the same hereby is, extended to November 20, 2007.

 

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE