THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,**<br>　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**NINA SUGGS, et al.**<br>　　　　　　　　　**Defendants.** | )<br>)<br>)<br>)<br>) **Case No. 06-CV-1284**<br>) **PLF**<br>) **AK**<br>)<br>)<br>) |

### DEFENDANT MS. SUGGS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, in its Opposition, has offered no defense to Ms. Suggs' argument that she should have prevailed by default at the administrative hearing, before the merits or any other argument were reached. The Plaintiff still has offered no argument on the merits of the case, resting instead on its arguments of claim and issue preclusion.

In Ms. Suggs' Opposition to the Plaintiff's Motion for Summary Judgment, she addressed the arguments made in the Plaintiff's Opposition. In the interest of efficiency, Ms. Suggs incorporates herein by reference the arguments made in her Opposition.

Respectfully submitted,
/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC 20009
(ph) (202) 265-4260
(f) (202) 265-4264
tyrka@tyrkalaw.com