UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                          )
FRIENDSHIP EDISON PUBLIC CHARTER                )
SCHOOL CHAMBERLAIN CAMPUS,                         )
                                                                          )
       Plaintiff,                                                      )
                                                                          )
       v.                                                                   )    Civil Action No. 06-1284 (PLF)
                                                                          )
NINA SUGGS,                                                      )
as next friend of the minor child A.S., et al.,       )
                                                                          )
       Defendants.                                                 )
_____)

ORDER AND JUDGMENT

       Upon careful consideration of the entire record herein, and for the reasons set forth in the Report and Recommendations of Magistrate Judge Alan Kay and the Memorandum Opinion issued this same day, it is hereby

       ORDERED that the Court ADOPTS and APPROVES the Report and Recommendation of Magistrate Judge Kay in its entirety; it is

       FURTHER ORDERED that plaintiff Friendship Edison Public Charter School's motion for summary judgment [12] is DENIED; it is

       FURTHER ORDERED that defendants A.S. and Nina Suggs' motion for summary judgment [15] is GRANTED in part and DENIED in part as moot; it is

       FURTHER ORDERED that defendant District of Columbia's motion for judgment on the pleadings [18] is GRANTED; it is

       FURTHER ORDERED that JUDGMENT is entered for the defendants on Counts

I, II, III, and IV of the Complaint.  This is a final judgment on all claims in their favor.  The Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order. See FED. R. APP. P. 4(a).  Any other pending motions are denied as moot.

       SO ORDERED.

                    /s/_____
                    PAUL L. FRIEDMAN
                    United States District Judge

DATE:  June 26, 2008