# *Tyrka & Associates*

1726 Connecticut Ave NW
Suite 400
Washington, DC 20009
(202) 265-4260 - phone
(202) 265-4264 - fax

**STUDENT:** A.S.                                                    **BILL TO:** FEPCHS
 **HOD:**  04/28/06

| DATE | TASK | TIME KEEPER | HRS. | RATE | TOTAL |
|------|------|-------------|------|------|-------|
| 01/18/06 | Draft complaint | Keith Coyle | 0.75 | $249.00 | $186.75 |
| 01/24/06 | Edit complaint | Douglas Tyrka | 0.25 | $441.00 | $110.25 |
| 01/24/06 | Revise complaint | Keith Coyle | 0.25 | $249.00 | $62.25 |
| 01/25/06 | Review and finalize complaint | Keith Coyle | 0.25 | $249.00 | $62.25 |
| 01/27/06 | Research contact info for Dalton/Dalton firm. | Jacqueline Donnell | 0.25 | $136.00 | $68.00 |
| 01/27/06 | Research contact info for Dalton/Dalton firm. | Jacqueline Donnell | 0.25 | $136.00 | NC |
| 03/08/06 | TC w/client re: coming hearing | Alisha Bolden | 0.25 | $136.00 | $34.00 |
| 03/10/06 | Tag disclosure | Alisha Bolden | 0.50 | $136.00 | $68.00 |
| 03/10/06 | Draft default motion | Keith Coyle | 1.00 | $249.00 | $249.00 |
| 03/10/06 | Compile disclosure | Keith Coyle | 1.00 | $249.00 | $249.00 |
| 03/17/06 | Review and calendar notice of new hearing date | Alisha Bolden | 0.25 | $136.00 | $34.00 |
| 03/17/06 | TC w/client re: new hearing date | Jacqueline Donnell | 0.25 | $136.00 | $34.00 |
| 04/14/06 | Review disclosure from Paul Dalton | Jacqueline Donnell | 0.25 | $136.00 | $34.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/14/06 | Review motion to dismiss from Paul Dalton | Jacqueline Donnell | 0.25 | $136.00 | NC |
| 04/14/06 | Review disclosure and motion to dismiss from Paul Dalton | Keith Coyle | 0.75 | $249.00 | $186.75 |
| 04/17/06 | TC to client re: coming hearing | Camille McKenzie | 0.25 | $136.00 | $34.00 |
| 04/17/06 | Conference w/Tyrka re: case status | Keith Coyle | 0.25 | $249.00 | $62.25 |
| 04/19/06 | Prep for hearing | Douglas Tyrka | 0.50 | $441.00 | $220.50 |
| 04/20/06 | Prep for hearing | Douglas Tyrka | 0.50 | $441.00 | $220.50 |
| 04/20/06 | Time spent at hearing | Douglas Tyrka | 1.50 | $441.00 | $661.50 |
| 04/28/06 | Review and calendar HOD | Jacqueline Donnell | 0.25 | $136.00 | $34.00 |
| 04/28/06 | Review HOD | Keith Coyle | 0.25 | $249.00 | $62.25 |
| 08/08/06 | Case conference re federal complaint with Tyrka | Keith Coyle | 0.20 | $255.00 | $51.00 |
| 08/08/06 | Research: answers and affirmative defense | Keith Coyle | 0.80 | $255.00 | $204.00 |
| 08/08/06 | Meeting w/Coyle--plan answer, motion to dismiss, and summary judgment motion | Douglas Tyrka | 0.70 | $452.00 | $316.40 |
| 08/09/06 | Research re: answer and motion to dismiss | Keith Coyle | 1.00 | $255.00 | $255.00 |
| 10/04/06 | Research and draft answer to complaint | Keith Coyle | 1.50 | $255.00 | $382.50 |
| 10/04/06 | Edit answer | Douglas Tyrka | 1.00 | $452.00 | $452.00 |
| 10/06/06 | Edit answer | Douglas Tyrka | 0.80 | $452.00 | $361.60 |
| 11/01/06 | Case conference w/Tyrka | Keith Coyle | 0.30 | $255.00 | NC |
| 03/01/07 | Draft and file change in contact information | Douglas Tyrka | 0.20 | $452.00 | $90.40 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/07 | Review order and draft email to opposing counsel re: 16.3 statement | Douglas Tyrka | 0.10 | $452.00 | $45.20 |
| 05/17/07 | Draft bill. | Laura Fogliano | 1.00 | $139.00 | $139.00 |
| 05/17/07 | Telephone calls to and from DC counsel | Douglas Tyrka | 0.10 | $452.00 | $45.20 |
| 05/21/07 | Telephone call with DC counsel regarding history and status of case and 16.3 issues | Douglas Tyrka | 0.50 | $452.00 | $226.00 |
| 05/22/07 | Email to opposing counsel re: 16.3 statement | Douglas Tyrka | 0.20 | $452.00 | $90.40 |
| 05/29/07 | Draft 16.3 statement | Douglas Tyrka | 0.70 | $452.00 | $316.40 |
| 09/13/07 | Review plaintiff's summary judgment motion | Doug Tyrka | 0.30 | $475.00 | $142.50 |
| 10/18/07 | Research and draft opposition to summary judgment | Douglas Tyrka | 4.50 | $475.00 | $2,137.50 |
| 10/19/07 | Research and draft opposition to summary judgment | Douglas Tyrka | 7.00 | $475.00 | $3,325.00 |
| 10/22/07 | Outline and draft opposition to summary judgment | Douglas Tyrka | 2.50 | $475.00 | $1,187.50 |
| 10/23/07 | Research and draft opposition to summary judgment | Douglas Tyrka | 3.50 | $475.00 | $1,662.50 |
| 10/29/07 | Research and draft summary judgment motion | Doug Tyrka | 3.50 | $475.00 | $1,662.50 |
| 10/29/07 | Telephone call with DC counsel | Doug Tyrka | 0.80 | $475.00 | $380.00 |
| 10/30/07 | Edit motion for summary judgment and opposition to summary judgment | Doug Tyrka | 0.50 | $475.00 | $237.50 |
| 10/30/07 | Edit motion for summary judgment and opposition to summary judgment | Doug Tyrka | 3.00 | $475.00 | $1,425.00 |

| DATE | TASK | TIME KEEPER | QTY. | RATE | TOTAL |
|---|---|---|---|---|---|
| 11/01/07 | Edit motion for summary judgment and opposition to summary judgment | Doug Tyrka | 2.30 | $475.00 | $1,092.50 |
| 11/01/07 | Review motion for summary judgment and opposition to same | Zachary Nahass | 0.50 | $268.00 | NC |
| 11/21/07 | motion and opposition to summary judgment | Doug Tyrka | 0.50 | $475.00 | $237.50 |
| 12/04/07 | Review plaintiff's reply and opposition | Doug Tyrka | 0.50 | $475.00 | $237.50 |
| 12/13/07 | Review file and draft reply regarding summary judgment | Doug Tyrka | 0.50 | $475.00 | $237.50 |
| 04/03/08 | Prep for hearing | Doug Tyrka | 2.20 | $475.00 | $1,045.00 |
| 04/03/08 | Travel to/from hearing | Doug Tyrka | 0.50 | $475.00 | $237.50 |
| 04/03/08 | Hearing | Doug Tyrka | 1.50 | $475.00 | $712.50 |
| 4/21/2008 | Review order | Doug Tyrka | 0.40 | $475.00 | $190.00 |
| 4/23/2008 | Research and draft fee petition | Pat Meehan | 2.50 | $146.00 | $365.00 |
| 4/25/2008 | Research and edit fee petition | Pat Meehan | 1.00 | $146.00 | $146.00 |
| 5/7/2008 | Review objections to Magistrate's order; outline response | Doug Tyrka | 1.2 | $475.00 | $570.00 |
| 5/15/2008 | Draft opposition to objections to Magistrate's report and recommendations | Doug Tyrka | 3.5 | $475.00 | $1,662.50 |
| 7/9/2008 | Edit bill | Douglas Tyrka | 0.25 | $540.00 | $661.50 |
| 7/10/2008 | Prepare bill | Doug Tyrka | 1 | $540.00 | $540.00 |

|  |  | ITEMIZED TOTAL: | $25,743.35 |
|---|---|---|---|

| DATE | TASK | TIME KEEPER | QTY. | RATE | TOTAL |
|---|---|---|---|---|---|
| 01/25/06 | Fax complaint cover letter to OGC | Alisha Bolden | 3 | $1.00 | NC |

| | | | | |
|---|---|---|---|---|
| 01/25/06 | Fax complaint to SHO | Alisha Bolden | 4 | $1.00 | $4.00 |
| 01/25/06 | Fax letter and complaint notice to Paul Dalton | Alisha Bolden | 4 | $1.00 | $4.00 |
| 03/10/06 | Fax default motion to Friendship Edison PCS | Alisha Bolden | 12 | $1.00 | $12.00 |
| 03/10/06 | Fax default motion to Paul Dalton | Alisha Bolden | 12 | $1.00 | $12.00 |
| 03/10/06 | Fax default motion to SHO | Alisha Bolden | 12 | $1.00 | $12.00 |
| 03/10/06 | Copy disclosure | Alisha Bolden | 63 | $0.10 | $6.30 |
| 03/10/06 | Fax disclosure | Alisha Bolden | 66 | $1.00 | $66.00 |

EXPENSE TOTAL:    $116.30

**GRAND TOTAL:** $25,859.65