THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,<br>　　　　　Plaintiff,<br><br>v.<br><br>NINA SUGGS, et al.<br>　　　　　Defendants. | Case No. 06-CV-1284<br>PLF<br>AK |

## VERIFIED STATEMENT OF DOUGLAS TYRKA

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I am the sole owner of Tyrka & Associates, LLC, the law firm that has served as counsel for Nina Suggs in the administrative and federal court proceedings in this matter.

3. The times itemized in the invoice to Friendship Edison Public Charter School presented in this case ("invoice") accurately represent the time spent by me and by Tyrka & Associates employees in obtaining the April 28, 2006 Hearing Officer's Determination ("HOD") for Ms. Suggs and in defending that HOD in this Court.

4. The hourly rates in the invoice are the rates Tyrka & Associates has regularly charged. Tyrka & Associates has clients who pay the firm those rates directly, regardless of whether reimbursement is ever obtained.

5. The expense charges in the invoice are the charges customarily paid in this field in this jurisdiction.

6. The items in the invoice marked "NC" are items which I, in my conservative judgment, believed should not reasonably be charged to Ms. Suggs or to the Defendant.

7. I received my juris doctorate from the University of Texas School of Law at Austin in June of 1998.

8. Keith Coyle received his juris doctorate from Temple University in June of 2005.

9. Zachary Nahass received his juris doctorate from the American University's Washington College of Law in June of 2006.

10. Since my graduation from law school, I have worked exclusively in litigation. Since the middle of 2003, at least 95% of my practice has been in the field of special education law, representing parents in the District of Columbia. In my conservative and educated estimate, I have litigated over 1000 IDEA administrative cases, as well as several federal cases.

11. At least 95% of the practice of Tyrka & Associates is in the field of special education law, representing parents in the District of Columbia. Tyrka & Associates currently has more than 300 clients. Tyrka & Associates litigates more than 200 administrative special education cases each year, as well as multiple federal cases. I have been told by District of Columbia personnel that this administrative caseload represents approximately 10% of all IDEA administrative cases in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/10/08

Douglas Tyrka