**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL,** | ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **CIVIL ACTION NO. 06-1284** ) **PLF** ) **AK** ) |
| **NINA SUGGS, *et al*.** | ) ) |
| **Defendants.** | ) ) |

**ORDER**

     Upon consideration of the Defendant's Motion for Fees and Costs, and any opposition thereto, it is hereby

     ORDERED: that Defendant's  Motion for Fees and Costs is DENIED;

       SO ORDERED.

_____
Date

_____
Paul L. Friedman
United States District Judge